[No. 21,036.   In Bank.—July 29, 1905.]

## In Re JOHN F. BURRIS.

ATTORNEY AT LAW—RESTORATION AFTER DISBARMENT—GOOD CONDUCT—
SUITABLE RECOMMENDATIONS.—An attorney at law, disbarred more
than ten years ago for professional misconduct, which, though
inexcusable, involved no criminality or serious loss to any one,
who is shown since to have lived a life of probity, industry, and
sobriety, and whose restoration has been suitably and strongly
recommended, is entitled to be restored as an attorney and coun-
selor at law of this court, and to be reinstated upon the roll of
attorneys thereof.

PETITION of attorney for restoration who was disbarred
for professional misconduct committed in a probate proceed-
ing pending in the Superior Court of Solano County.   A. J.
Buckles, Judge.

The disbarment is reported in 101 Cal. 624.   The restora-
tion was recommended by Judge Buckles and other judges
and by many attorneys.   No counter petition was presented.
Further facts are stated in the opinion of the court.

John F. Burris, Petitioner.

THE COURT.—This is a petition for the modification of
an order of disbarment heretofore entered against the peti-
tioner.

The order was made more than ten years ago upon a charge
of professional misconduct involving no criminality, and no
serious wrong to any one, though inexcusable in itself.   Since
that time, as we learn from the testimonials accompanying
the petition, the petitioner has been living a life of probity,
industry, and sobriety.   These testimonials are signed by a
number of judges of the superior court, and by many promi-
nent attorneys of the counties where the petitioner was en-
gaged in practice prior to the order of disbarment.   His
restoration to the bar is also recommended by the judge in
whose court the matter was pending, out of which the charge
of misconduct arose.

In view of this strong testimony in his favor, we are of

the opinion that the petitioner is entitled to the modification which he asks.

It is therefore ordered that the said John F. Burris be and he is hereby restored as an attorney and counselor of this court, and that his name be reinstated upon the roll of attorneys thereof.